UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **PORT OF ASTORIA**, a municipal corporation, | ) | Civil No. 06-CV-986-AA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER DIRECTING** |
| | ) | **DISTRIBUTION OF AUCTION** |
| **M/V PACIFIC PRODUCER,** her engines, | ) | **PROCEEDS AND DISMISSING** |
| tackle and equipment, | ) | **ACTION WITH PREJUDICE** |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| **RICHARD A. MONTGOMERY**, an | ) | |
| individual; **REGINALD KARL CHASE**, an | ) | |
| individual; **MARTHA VARNER**, an individual; | ) | |
| **VERNEAL M. WILLIAMS**, an individual; | ) | |
| **JON A. HARRIMAN**, an individual; | ) | |
| **MATAGIMALIE FOTU**, an individual; | ) | |

Page 1 -   ORDER DIRECTING DISTRIBUTION OF AUCTION PROCEEDS AND DISMISSING
           ACTION WITH PREJUDICE

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
101 S.W. Main Street, Suite 1800
Portland, OR 97204-3226
503.225.0777 / f 503.225.1257

F:\MEH\o18085.wpd

| | |
|---|---|
| SATINI SAMIFUA, an individual; JIMMY DEAN DAVIS, an individual; and JONATHON C. STONER, an individual, | ) ) ) ) |
| Claimants/Plaintiff-Intervenors. | ) ) |

Pursuant to a stipulation of the parties, the clerk and/or U.S. Marshal is directed to distribute the $52,000 in auction proceeds from the sale of the defendant M/V PACIFIC PRODUCER as follows: (1) a check in the amount of $28,000 payable to the Port of Astoria; and (2) a check in the amount of $24,000 payable to Moran Windes & Wong as attorneys for Claimants/Plaintiff-Intervenors.

Upon the forwarding of those checks to counsel for plaintiff and the intervening claimants, this action is dismissed with prejudice and without cost to any party.

DATED this _18_ day of June, 2007.

_____
ANN L. AIKEN
U.S. DISTRICT COURT JUDGE

Presented by :

s/ Michael E. Haglund
Michael E. Haglund, OSB No. 77203
Haglund, Kelley, Horngren, Jones
& Wilder LLP
101 SW Main Street, Suite 1800
Portland, OR 97204
Telephone: 503.225.0777
Attorneys for Plaintiff

Page 2 -   ORDER DIRECTING DISTRIBUTION OF AUCTION PROCEEDS AND DISMISSING ACTION WITH PREJUDICE

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
101 S.W. Main Street, Suite 1800
Portland, OR 97204-3226
503.225.0777 / f 503.225.1257